**Order entered February 12, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00754-CR

### OLIVER VERNON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-34899-Y**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On February 10, 2020, appellant filed his brief and a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not scheduled or held a hearing, we **VACATE** that portion of our February 7, 2020 order requiring a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE